No. 289. FIRST AMERICAN INSURANCE CO. *v.* O'CONNOR. C. A. 5th Cir. Certiorari denied. *Joe N. Unger* for petitioner. *J. B. Spence* for respondent.

No. 294. HAUFF *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Daniel C. Ahern* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 295. LOTHRIDGE ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.

No. 296. PEARCE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Philip G. Denman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 300. GRISHAM *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Lawrence J. Simmons* and *H. Clay Espey* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge,* and *Robert V. Zener* for the United States.

No. 301. LTV ELECTROSYSTEMS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Robert T. Thompson* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Lawrence M. Joseph* for respondent.